# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2261

_____

United States of America

*Plaintiff - Appellee*

v.

Antonio Jose Alonzo

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Fargo

_____

Submitted: January 24, 2018
Filed: January 29, 2018
[Unpublished]

_____

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Antonio Jose Alonzo appeals from the district court's[1] order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Following de novo

_____

[1]The Honorable Ralph R. Erickson, then United States District Judge for the District of North Dakota, now United States Circuit Judge.

review, we agree with the district court that Alonzo was ineligible for the requested sentence reduction based on an amendment to the United States Sentencing Guidelines because his original sentence was derived from the applicable statutory minimum.  See United States v. Moore, 734 F.3d 836, 837-38 (8th Cir. 2013).  We affirm the judgment and grant counsel's motion to withdraw.

_____